# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| S.W.F. as parent, guardian, and next friend to M.A.F., a minor, <br><br> Plaintiff, <br><br> vs. <br><br> MEAD MONTESSORI, INC. d/b/a MEAD MONTESSORI SCHOOL, and ELLA JONES, Head of School, in her individual capacity, <br><br> Defendant. | No. 3:19-cv-00493 |

## JOINT PETITION FOR COURT APPROVAL
## AND DISTRIBUTION OF MINOR SETTLEMENT

Come the Plaintiff, S.W.F. as parent, guardian, and next friend of M.A.F., a minor ("Plaintiff") and Defendants Mead Montessori, Inc. ("Defendant Mead") and Ella Jones ("Defendant Jones") (collectively "Defendants"), by and through counsel, pursuant to Tennessee Code Annotated § 34-1-101 *et. seq.*, and show the Court as follows:

1. Plaintiff S.W.F. is a citizen and resident of Knox County, Tennessee, and is the mother of M.A.F., who was three (3) years old at the time of the incidents referenced in the Complaint [Doc. 1]. J.W.F. is a citizen and resident of Knox County, Tennessee, and is the father of M.A.F.

2. Defendant Mead is a for-profit corporation authorized to conduct business in the State of Tennessee and in Knox County. Defendant Mead operates early childhood enrichment centers for young children. Defendant Jones is a citizen and resident of Knox County, Tennessee.

3. M.A.F. was a student enrolled at Defendant Mead from October 2018 until his dismissal from the program in November 2019. M.A.F.'s removal from the program was the catalyst for the instant lawsuit initiated by Plaintiff.

4. Plaintiff's cause of action is brought pursuant to Title II of the Americans with Disabilities Act ("ADA"). Plaintiff's Complaint sought temporary and permanent injunctive relief and associated attorney's fees. This Court denied Plaintiff's request for preliminary and temporary injunctive relief. [Doc. 19]. Plaintiff does not allege that the minor Plaintiff sustained any personal injuries in this matter.

5. Defendants do not admit liability in this matter. However, Defendants desire to enter into an Confidential Agreement and General Release of any and all claims that Plaintiff and S.W.F. and J.W.F., individually and as parents, guardians, and next friends of M.A.F, may have against the Defendants now or at any time in the future.

6. The terms of said compromise and settlement provide for payment by Defendants to Plaintiff in an amount memorialized in a separate Confidential Agreement and General Release.

7. As evidenced by their signatures hereto, S.W.F., and J.W.F., for and on behalf of M.A.F., hereby join in this settlement Petition and give full release to Defendants, subject to the approval of the Court. They aver that said agreed settlement as set forth herein and in the Confidential Agreement and General Release constitutes a full and final discharge and settlement of any and all claims of whatever nature arising out of M.A.F.'s dismissal from Mead as referenced in the Complaint, and ask that said settlement be adjudicated to the full extent of the liability for which the Defendants may owe Plaintiff and S.W.F. and J.W.F. both now and at any time in the future.

8. S.W.F. and J.W.F. hereby state that it is in the best interest of the minor Plaintiff M.A.F. to settle this claim for the amounts agreed to in the Confidential Agreement and General Release.

/s/
Shanon W. Friauf, for and on behalf of
M.A.F., a minor

/s/James W. Friauf (w/permission
by Chris W. McCarty)
James W. Friauf, for and on behalf of
M.A.F., a minor

Respectfully submitted this 4th day of August, 2020.

/s/James W. Friauf (w/permission
by Chris W. McCarty)
James W. Friauf, Esq. (BPR #027238)
james@friauflaw.com
LAW OFFICE OF JAMES W. FRIAUF,
PLLC
9724 Kingston Pike, Suite 104
Knoxville, TN 37922
(865) 236-0347
*Attorney for Plaintiff S.W.F., as parent, guardian, and next friaend to M.A.F., a minor*

/s/Chris W. McCarty
Chris W. McCarty, Esq. (BPR #025551)
CMccarty@lewisthomason.com
Caitlyn L. Elam, Esq. (BPR #031108)
CElam@lewisthomason.com
LEWIS, THOMASON, KING, KRIEG &
WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646
*Attorneys for Defendants Mead Montessori, Inc. d/b/a Mead Montessori School and Ella Jones*

of any and all claims of whatever nature arising out of M.A.F.'s dismissal from Mead as referenced in the Complaint, and ask that said settlement be adjudicated to the full extent of the liability for which the Defendants may owe Plaintiff and S.W.F. and J.W.F. both now and at any time in the future.

8. S.W.F. and J.W.F. hereby state that it is in the best interest of the minor Plaintiff M.A.F. to settle this claim for the amounts agreed to in the Confidential Agreement and General Release.

/s/ Shanon W. Friauf, for and on behalf of M.A.F., a minor

/s/
James W. Friauf, for and on behalf of M.A.F., a minor

Respectfully submitted this ___ day of July, 2020.

/s/
James W. Friauf, Esq. (BPR #027238)

james@friauflaw.com
LAW OFFICE OF JAMES W. FRIAUF, PLLC
9724 Kingston Pike, Suite 104
Knoxville, TN 37922
(865) 236-0347
*Attorney for Plaintiff S.W.F., as parent, guardian, and next friaend to M.A.F., a minor*

/s/
Chris W. McCarty, Esq. (BPR #025551)

CMccarty@lewisthomason.com

Caitlyn L. Elam, Esq. (BPR #031108)

CElam@lewisthomason.com
LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646
*Attorneys for Defendants Mead Montessori, Inc. d/b/a Mead Montessori School and Ella Jones*

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of July 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/
Chris W. McCarty, Esq. (BPR #025551)

## CERTIFICATE OF SERVICE

   I hereby certify that on this 4th day of August 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                /s/ Chris W. McCarty
                Chris W. McCarty, Esq. (BPR #025551)