# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| S.W.F. as parent, guardian, and next friend to M.A.F., a minor, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. 3:19-cv-00493 |
| MEAD MONTESSORI, INC. d/b/a MEAD MONTESSORI SCHOOL, and ELLA JONES, Head of School, in her individual capacity, | ) ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER APPROVING JOINT PETITION FOR COURT APPROVAL AND DISTRIBUTION OF MINOR SETTLEMENT

Before the Court is the Joint Petition for Court Approval and Distribution of Settlement ("Petition") of Plaintiff S.W.F., on behalf of the minor plaintiff M.A.F., ("Plaintiff") and Defendants Mead Montessori, Inc. and Ella Jones (collectively "Defendants"), for approval of a minor settlement.

The Court has reviewed the Petition and has conducted a hearing regarding same, which was attended by Plaintiff, counsel for Plaintiff, and counsel for Defendants. Pursuant to Tenn. Code Ann. §§ 29-34-105 and 34-1-121(b), the Court finds the Petition well taken. Specifically, the Court finds as follows:

1. The Petition, which by its terms releases all claims, reached for the claims of minor M.A.F. in this action and the settlement consideration to be paid as described in the Confidential Agreement and General Release executed by Plaintiff, petitioner S.W.F., M.A.F.'s mother, and

J.W.F., M.A.F.'s father, and presented to the Court at the hearing of this cause is in the best interest of the minor, M.A.F.

2. Petitioner S.W.F. and M.A.F.'s father, J.W.F. have the ability to manage the settlement consideration for the claims of the minor M.A.F., until such time as he reaches the age of majority, per the request of the Petition.

Based upon the previous findings, it is therefore **ORDER, ADJUDGED, AND DECREED** as follows:

1. The Joint Petition for Court Approval and Distribution of Settlement is **GRANTED** and **APPROVED** on the terms outlined in the Petition. The Court **APPROVES** and **CONFIRMS** the Petition, which by its terms releases all claims, executed by S.W.F. and J.W.F. on behalf of their minor child M.A.F., as evidenced by their signatures on the Joint Petition filed in this cause, as being in the best interest of the minor M.A.F.

2. The settlement consideration for the settlement of the claims of M.A.F as outlined in the Release of All Claims and described during the hearing of this cause shall be paid to Plaintiff, and shall be deposited by them into a federally insured financial institution in an interest bearing account to be held on behalf of the minor M.A.F. until such time as he reaches the age of majority or shall otherwise be utilized expressly for the benefit and welfare of the minor M.A.F. prior to reaching the age of majority.

3. The Petition, which by its terms releases all claims, is binding upon minor Plaintiff M.A.F.

**IT IS SO ORDERED** this 7th day of August, 2020.

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

/s/
James W. Friauf, Esq. (BPR #027238)
james@friauflaw.com
LAW OFFICE OF JAMES W. FRIAUF, PLLC
9724 Kingston Pike, Suite 104
Knoxville, TN 37922
(865) 236-0347
*Attorney for Plaintiff S.W.F., as parent, guardian,*
*and next friaend to M.A.F., a minor*


/s/
Chris W. McCarty, Esq. (BPR #025551)
CMccarty@lewisthomason.com
Caitlyn L. Elam, Esq. (BPR #031108)
CElam@lewisthomason.com
LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
P.O. Box 2425
Knoxville, TN 37901
(865) 546-4646
*Attorneys for Defendants Mead Montessori, Inc.*
*d/b/a Mead Montessori School and Ella Jones*